**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

United States District Court
Southern District of Texas

**ENTERED**

June 02, 2026

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR. NO. 7:26–cr–01545 |
| | § | |
| William Alexander Morataya | § | |

## SENTENCING ORDER

On **June 2, 2026**, the defendant was found guilty after a plea of guilty. A Presentence Investigation Report (PSR) is ordered and a sentencing schedule is established as follows:

1. No later than **July 6, 2026**, the United States Probation Office will complete an initial PSR and disclose the report to counsel pursuant to CrLR 32.4.

2. No later than **July 20, 2026**, each counsel shall file written objections. All objections to the PSR based on law must be supported by reference to the applicable statutes, guidelines, and authorities. The objections must be filed with the Clerk of the Court, with copies provided the same day of filing to the U.S. Probation Officer and the Asst. U.S. Attorney handling the case. Any responses to objections shall be filed no later than **July 23, 2026**.

3. No later than **July 29, 2026**, the United States Probation Office shall prepare the final PSR with an addendum addressing contested issues and furnish it to the Court and the parties.

4. Any supporting documents for sentencing, such as letters or sentencing memorandums, must be filed by **July 31, 2026**.

5. Any motions to continue must be filed no later than **July 31, 2026**. Failure to abide by this deadline may result in the motion being denied.

6. On **August 4, 2026, at 09:00 AM**, the defendant must appear for sentencing.

7. All parties and their counsel and the United States Probation Office shall comply fully with Local Rule 32 in the completion and review of the PSR.

ORDERED the 2nd of June 2026.

*By order of the Court*

*Drew B. Tipton*
*United States District Judge*